# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

EMILY GREENE, Individually
and as Parent of J                                                    PLAINTIFF

v.                              3:16-cv-331-DPM

EAST POINSETT COUNTY SCHOOL
DISTRICT                                                              DEFENDANT

## ORDER

1. The Court appreciates the parties' status reports, № 21 & № 23.

2. Bifurcation now is unnecessary. The Court's decision on Greene's IDEA claim may resolve the rest of her claims. *I.Z.M. v. Rosemount-Apple Valley-Eagan Public Schools*, 863 F.3d 966, 972 (8th Cir. 2017). It's not clear at this point, though, that separate proceedings would achieve any of Federal Rule of Civil Procedure 42(b)'s purposes. We'll see where things stand after all the summary judgment papers come in. Motion to bifurcate, № 22, denied without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 September 2017