IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EMILY GREENE, Individually
and as Parent of J                                                      PLAINTIFF

v.                          No. 3:16-cv-331-DPM

EAST POINSETT COUNTY SCHOOL
DISTRICT                                                                DEFENDANT

### ORDER

The Court must try an older case on 5 March 2018. The Scheduling Order, № 14, is therefore suspended. The District's motion in limine, № 44, is denied without prejudice as moot. After the Court rules on the District's pending motion for summary judgment, if a trial or further briefing is needed, a new Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2018