# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

EMILY GREENE, Individually
and as Parent of J                                      PLAINTIFF

v.                    No. 3:16-cv-331-DPM

EAST POINSETT COUNTY SCHOOL
DISTRICT                                                DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2018